# SEALED

Office of the United States Attorney
District of Nevada
333 Las Vegas Blvd., South, Ste. 5000
Las Vegas, Nevada 89101
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
District of Nevada
KIMBERLY M. FRAYN
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
702-388-6336

```
___FILED          ___RECEIVED
___ENTERED        ___SERVED ON
          COUNSEL/PARTIES OF RECORD

           OCT - 7 2015

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>EDWARD MARCOS MELENDEZ, and<br>EVELYN CARRASCO,<br><br>　　　　Defendants. | SEALED CRIMINAL INDICTMENT<br><br>2:15-cr- 280<br><br>VIOLATIONS: 18 U.S.C. § 1029(a)(1) – Trafficking, Production, and Use of Counterfeit Access Devices; 18 U.S.C. § 1029(a)(3) - Possession of Fifteen or More Counterfeit and Unauthorized Access Devices; and 18 U.S.C. § 1029(a)(3) - Unlawful Possession of Device-Making Equipment; and 18 U.S.C. § 2 –Aiding and Abetting. |

**THE GRAND JURY CHARGES THAT**:

### COUNT ONE
*Trafficking, Production, and Use of Counterfeit Access Devices*

On or about May 20, 2014, in the State and Federal District of Nevada and elsewhere,

**EDWARD MARCOS MELENDEZ, and
EVELYN CARRASCO,**

the defendants herein, aiding and abetting one another and others known and unknown, did knowingly and with intent to defraud, traffic in, produce, use, attempt to use, and cause to be used, in and affecting interstate commerce, counterfeit access devices, to wit: approximately seven hundred forty two (742) plastic cards encoded with account numbers, including but not limited to MasterCard account number ending in X-5422 and Visa account number ending in X-

7198, which had been used and attempted to be used to rent Red Rock Hotel and Casino, room number 11103, located at 11011 West Charleston, Las Vegas, Nevada; and electro-magnetic identifiers of credit card accounts issued to persons other than the defendants, in violation of Title 18, United States Code, Sections 1029(a)(1), (b)(1), and (c)(1)(a)(i), and Title 18, United States Code, Section 2.

## COUNT TWO

*Possession of Fifteen or more Counterfeit and Unauthorized Access Devices*

On or about May 20, 2014, in the State and Federal District of Nevada and elsewhere,

EDWARD MARCOS MELENDEZ, and
EVELYN CARRASCO,

the defendants herein, aiding and abetting one another and others known and unknown, did knowingly and with intent to defraud, possess fifteen or more counterfeit and unauthorized access devices, in and affecting interstate commerce, to wit: approximately 742 plastic cards encoded with account numbers and electro-magnetic identifiers of credit card accounts issued to persons other than the defendants, in violation of Title 18, United States Code, Section 1029(a)(3) and (c)(1)(a)(i), and Title 18, United States Code, Section 2.

## COUNT THREE

*Unlawful Possession of Device-Making Equipment*

On or about May 20, 2014, in the State and Federal District of Nevada and elsewhere,

EDWARD MARCOS MELENDEZ, and
EVELYN CARRASCO,

the defendants herein, aiding and abetting one another and others known and unknown, did knowingly and with intent to defraud, possess and have custody and control of device-making equipment, to wit: equipment, mechanisms, and impressions designed and primarily used for making access devices and counterfeit access devices, including but not limited to a computer, tipping foil and a thermal dye printer; said activity being in and affecting interstate and foreign

commerce, in violation of Title 18, United States Code, Sections 1029(a)(4) and (c)(1)(a)(ii), and Title 18, United States Code, Section 2.

**DATED:** this 7th day of October, 2015

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

KIMBERLY M. FRAYN
Assistant United States Attorney