

## United States District Court
### Central District of California
### Office of the Clerk

**Kiry K. Gray**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Cristina M. Squieri Bullock**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012

**Sara Tse Soo Hoo**
Chief Deputy of Operations
255 East Temple Street, Suite TS-134
Los Angeles, CA 90012

September 12, 2018

Clerk, United States District Court

District of _Nevada_

Address
333 Las Vegas Blvd. 1st Flr.
Las Vegas, NV 89101-7065

Re:  Transfer of Jurisdiction of Probation
  Your Case No. 2:15CR00280
  Assigned Our Case No. 2:18-CR-00591-JAK
  Case Title: United States of America -v- Edward Marcos Melendez

Dear Sir/Madam:

Enclosed please find:

☒ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge _Virginia A. Phillips_.

  Please forward to this district certified copies of the following documents:
  1) Indictment, Information, or Complaint
  2) Judgment and Probationary Order
  3) If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

  The probationer has been assigned our case number as referenced above. Please include this case number in all future correspondence.

☐ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer, which has been denied by Judge _____.

Sincerely,

Clerk, U.S. District Court

By _Brent_Pacillas@cacd.uscourts.gov_
  Deputy Clerk

cc:  Probation Office, Central District of California
  Probation Office, District of Origin

---

CR-25 (06/18)   **TRANSMITTAL LETTER - PROBATION TRANSFER IN**

| PROB 22 (Rev. 2/88) | | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|---|
| | FILED<br>CLERK, U.S. DISTRICT COURT<br>09/11/18<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: KC  DEPUTY | | 2:15CR00280 |
| **TRANSFER OF JURISDICTION** | | | DOCKET NUMBER *(Rec. Court)*<br>2:18-cr-00591-JAK |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Edward Marcos Melendez | Nevada | Las Vegas |
| | NAME OF SENTENCING JUDGE | |
| | Robert C. Jones | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
| | | 7/10/2018 | 7/9/2019 |

| OFFENSE |
|---|
| Misprison of Felony |

Received stamp: SEP 18 2018 CLERK US DISTRICT COURT DISTRICT OF NEVADA BY: _____ DEPUTY

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF NEVADA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Central District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

— 09-05-2018              _____
                          United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE  CENTRAL  DISTRICT OF  CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

**September 11, 2018**              _____
*Effective Date*                     United States District Judge

**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS





U.S. POSTAGE >> PITNEY BOWES
ZIP 90012 $ 001.21°
02 1W
0001388101 SEP 13 2018